IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LONDON,

    Petitioner,                       No. CIV S-06-0535 GEB DAD P

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee.

        In the San Francisco County Superior Court in 1978, petitioner was convicted of two counts of first degree murder and possession of a concealable firearm by a felon. In this action, petitioner is challenging the denial of parole by the Board of Parole Hearings after a hearing conducted on February 2, 2004. Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

        IT IS HEREBY ORDERED that:

        1. Respondents are directed to file and serve a response to petitioner's habeas petition within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254

1

Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in petitioner's habeas petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

    2. If the response to petitioner's habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after the answer is served;

    3. If the response to petitioner's habeas petition is a motion, petitioner's opposition or a statement of non-opposition to the motion shall be filed and served within thirty days after the motion is served, and respondents' reply shall be filed and served within fifteen days thereafter; and

    4. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jennifer A. Neill, Lead Supervising Deputy Attorney General.

DATED: November 20, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
lond0535.100fee