IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RICHARD LONDON,**<br><br>                            Petitioner,<br><br>   v.<br><br>**ROSEANNE CAMPBELL, et al.,**<br><br>                            Respondents. | 2:-06-cv-00535-GEB-DAD HC<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS** |

FOR GOOD CAUSE SHOWN, Respondents' December 21, 2006 request for an extension of time to February 3, 2007, in which to prepare and file a response to the petition for writ of habeas corpus in this matter is GRANTED.

DATED: December 22, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/lond0535.eotresp